UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROGER PRINGLE,<br><br>        Petitioner,<br><br>        v.<br><br>STATE OF INDIANA,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)   No. 2:23-cv-00321-JMS-MKK<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

The petition for a writ of habeas corpus is **DISMISSED for lack of jurisdiction.**

Date: 7/5/2023

                                                  Hon. Jane Magnus-Stinson, Judge
                                                  United States District Court
                                                  Southern District of Indiana

Roger A.G. Sharpe, Clerk
United States District Court

_____
By:  Deputy Clerk

Distribution:

ROGER PRINGLE
199010
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838